**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**O'NEAL CONSTRUCTORS, LLC**                                                                  **PLAINTIFF**

**VS.**                                                  **CIVIL ACTION NO.: 1:24-CV-00200-HSO-MTP**

**HANKIN ENVIRONMENTAL
SYSTEMS, INC.; & BERKSHIRE
HATHAWAY SPECIALTY
INSURANCE COMPANY**                                                                           **DEFENDANTS**

**AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE**

The parties have agreed to and announced to the Court a confidential settlement of this case, and, the Court, being advised that the parties have an informed understanding of their rights and a full appreciation of the consequences of the confidential settlement, desires that this matter be finally closed on the docket.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE** as to all parties and all claims, with the parties to bear their own costs. The Court retains jurisdiction to enforce the settlement, if necessary, pursuant to the agreement and stipulation of all parties.

SO ORDERED AND ADJUDGED, this the 5th day of November, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND CONTENT:

/s/ *Adam Harris*

Adam Harris MS Bar 102955
John P. McMackin MS Bar 105967
2602 13th Street, Suite 300
Gulfport, Mississippi 39501
Telephone: 228 679 1130
Facsimile: 228 679 1131
Email: adam.harris@phelps.com
Email: john.mcmackin@phelps.com

Attorneys for Defendants
Hankin Environmental Systems, Inc. &
Berkshire Hathaway Specialty Insurance Co.


/s/ *David Ellis*

David B. Ellis
Mockbee Ellis, P.A.
Capital Towers, Suite 1820
125 South Congress Street
Jackson, Mississippi 39201
Email: dellis@mhdlaw.com

Attorney for Plaintiff
O'Neal Constructors, LLC